454 A.2d 176

Sentinel Federal Savings v. Cvihanovich, et ux., Appellants.

Argued April 13, 1982. John W. Pollins, III, for appellants; William F. Caruthers, submitted a brief on behalf of appellants; Dennis J. Gounley, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.